**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alvon Allen THOMAS, a/k/a Kebo,**
**Defendant–Appellant.**

**No. 01–6563.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Alvon Allen Thomas, pro se. Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, NC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Alvon Allen Thomas appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recom-

mendation of the magistrate judge and find no reversible error. Accordingly, we deny Thomas' motions for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Thomas*, Nos. CR–97–118, CA–00–156–1 (M.D.N.C. filed Jan. 23, 2001; entered Jan. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*